# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Northern Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 22 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Christian Construction Inc.
1013 West Lawson
Jonesboro AR 72404 (Pro Se)
(See Attached)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Heather Owens
300 S. Church
Jonesboro AR 72401 (see attached)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-00145-DPM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name James C. Parnell
Street Address 5627 Valley Ridge Trail
City and County Jonesboro AR 72404
State and Zip Code
Telephone Number 870-284-2266
E-mail Address J-Parnell1960@hotmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Heather Owens and individually
- Job or Title (if known): Assistant City-Attorney
- Street Address:
- City and County: Jonesboro Craighead
- State and Zip Code: Arkansas 72401
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Mike McQuay and individually
- Job or Title (if known): Code-enforcement
- Street Address: 300 S. Church
- City and County: Jonesboro Craighead
- State and Zip Code: Arkansas 72401
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: City of Jonesboro
- Job or Title (if known): Municipality
- Street Address: 300 S. Church
- City and County: Jonesboro Craighead
- State and Zip Code: Arkansas 72401
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Harold Coppenhaver
- Job or Title (if known): Mayor City of Jonesboro
- Street Address: 300 S. Main
- City and County: Jonesboro Craighead
- State and Zip Code: Arkansas 72401
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S.C § 1983, Arkansas Civil Rights Act of 1993. A.C.A § 16-123-105 provides that a state official, acting under the color of law, who causes person to be deprived of an Constitutional guaranteed right, privilege or immunity shall be liable to said person. all Articles of Incorporation to State of Arkansas. No Alter Ego was filed. fourth, eighth & fourteenth concerned

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under

   the laws of the State of *(name)* _____, and has its

   principal place of business in the State of *(name)* _____ .

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $ 20,000,000.00

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)* the total of material goods taken from property is $23,000.00 but the ridicule, the officers of Corporation, embrassment, and lost stature in the community. Officers have faced ridicule at social gatherings by police officers. Code enforcement continues to harass Plantiffs by coming 2 miles outside city limits to harass Plantiffs in the last 2 months

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

appeal was filed within 16 days of guilty verdict.

See attached

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Officers of Christian Construction Inc. has faced public ridicule from police officer at social functions. Humiliation and embarrassment, anger issues unable to sleep. They took a total of $23,000.00 in value but items can't be replaced. The code enforcement officer Mike McQuay has sent me friend request on fb and even came to my property 2 miles out of town 2 months ago to harrass me. Seeking 20,000,000.00

Page 4 of 5

Plantiffs

① Christian Construction Inc. 1013 West Lawson Jonesboro AR 72404. Person of Service for Corporation is James C. Parnell Jr. vice-president 5627 Valley Ridge Trail Jonesboro AR 72404 (Pro Se)

② James C. Parnell Jr (Pro Se) 5627 Valley Ridge Trail Jonesboro AR 72404

Defendants

① Heather Owens individually and in her official capacity. Assistant City attorney for City of Jonesboro AR 72401. Believed to be a resident of Craighead County AR.

② Mike McQuay individually and in his official capacity as code enforcement

Page II

for the City of Jonesboro AR 72401.

③ City of Jonesboro, Craighead County AR in a municipal capacity and Mayor Harold Copenhaver in his official capacity.

III

Statement of Claim

① On or around May 2018 Jay Parnell was cited to Court for overgrown grass for property owned by Christian Construction Inc. with no service for Christian Construction Inc. I plead no proper service and was found guilty by unknown Judge. Paid a $42.60 fine 2 days after first treatment at Cancer center. Then in early 2019 the case was picked up again with Jay Parnell being summonsed to Court

over property belonging to Christian Construction Inc. with no mention of Corporation in Court hearing. I argued not proper service and case was continued. Had a couple more court dates with same results then on 28th of October of 2019 I was found guilty and hired Michael Gott to file an appeal in the case on November 14th 2019. He was hired for appeal purpose only. Heather Owens ask for a hearing for June 22 2020. States she notified me electronically and my appeal was filed 78 days late. Neither is true. Even went before Judge 6 days

early on June 16th 2020 and had judge dismiss my case. She knew I wasn't gonna be there so didn't wait on hearing date.

② Mike McQuay involvement has to do

@ July 20th 2020

with having cause to enter Christian Construction Inc. property to make adjustments but property was already cleaned up by June 6th with city only removing 5 items. However he instructed workers to enter my personal property and take over $22,000.00 in items without Jay and Tyler Parnell being summonsed to court. My personal property was never questioned in court.

(3) City of Jonesboro failed to train their employees how to properly to excute Code enforcement own laws. Never served a written 7 day Notice to correct problem as described in ordiance. Certainly not to cross property lines when no action has occurred

(4) Harold Coppenhaver responsible to make sure training is understood and up to date. Clearly it is not.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

"The city and employees has caused great harm to me and my corporation. We are not friends and never will be. Their inability to follow the laws of the land and bearing false claims has forever scarred my family and I. As many as 7 police officers came to my property. It was a show of force."

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-21-2023

Signature of Plaintiff: Jay Parnell
Printed Name of Plaintiff: Jay Parnell

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

Case 3:23-cv-00145-DPM Document 1 Filed 06/22/23 Page 11 of 14

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2019-Nov-14 09:15:31
16JCR-19-1355
C02D04 : 5 Pages

IN THE DISTRICT COURT OF CRAIGHEAD COUNTY, ARKANSAS
JONESBORO DIVISION

STATE OF ARKANSAS
CITY OF JONESBORO                                    PLAINTIFF

VS.                    CASE NO. JOC-19-501

JAY PARNELL                                          DEFENDANT

## TRANSCRIPT

On this 28TH day of October, 2019, Carol Duncan attorney for the City of Jonesboro filed information in this court charging that the Defendant did on or about the 10th day of April, 2017 commit the crimes of City of Jonesboro- Unsightly Conditions- Fail to Cut Weeds and Grass and Plants Growth here upon a Warrant of Arrest was issued and placed in the hands of the City of Jonesboro, which the Warrant has been duly served.

On this 28th day of October, 2019, the Defendant appeared in open court and guilty.

The Court after hearing the evidence of the Prosecutor found the Defendant GUILTY and fixed punishment of $ 165.00 costs and fines. Restitution unknown of is prosecution.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED BY THE COURT that the Plaintiff recover of and from the Defendant the sum of $ 165.00 as fine for said offense and all costs of prosecution and that if said fine and costs be not immediately paid that the Defendant be committed to and imprisoned in the County Jail to be dealt with according to the law for a period of not exceeding one day in jail for each $10.00 of said fine and costs until the same are paid.

It is in the County Jail for a period of 0 days jail sentence is served, further CONSIDERED, ORDERED AND ADJUDGED by the Court that in addition to said fine and costs that the Defendant be imprisoned.

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2019-Nov-14 09:15:31
16JCR-19-1355
C02D04 : 1 Page

# IN THE DISTRICT COURT OF CRAIGHEAD COUNTY
## JONESBORO, ARKANSAS

STATE OF ARKANSAS                          PLAINTIFF

VS.                    CR-20___ - JOC-19-501
                     TICKET NO(S): _____

JAY PARNELL                         DEFENDANT

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant, _____JAY PARNELL_____, appeals to the Circuit Court of Craighead County, Jonesboro, Arkansas, from the judgment in the District Court of Craighead, Jonesboro, Arkansas. The Defendant states that this appeal is not taken for purposes of delay, but that justice may be done.

Respectfully submitted,

_____
Attorney of Record

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2020-Jun-16  16:08:53
16JCR-19-1355
C02D04 : 2 Pages

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
CRIMINAL DIVISION

STATE OF ARKANSAS                                                                              PLAINTIFF
CITY OF JONESBORO

V.                                        NO. 16JCR-19-1335

JAY PARNELL                                                                                    DEFENDANT

## MOTION TO DISMISS APPEAL

Comes now the Plaintiff, State of Arkansas, City of Jonesboro, by and through its attorney, Heather Owens, and moves the Court to grant a Motion to Dismiss Appeal for the following reasons:

1.  On August 28, 2019, the Defendant, Jay Parnell, appeared in District Court and was found guilty of violation of Jonesboro City Ordinance 30-5.

2.  The Notice of Appeal was filed with the Circuit Court Clerk on November 14, 2019, at 09:15:31, which was seventy-eight (78) days after the deadline to file an appeal.

3.  The Defendant failed to file his Notice of Appeal and Designation of Record in a timely manner pursuant to Arkansas Rule of Criminal Procedure 36(b).

4.  Additionally, the Order for Clean-Up and Restitution is not an appealable order under Arkansas Rule of Criminal Procedure 36(a), as it is not a judgment of conviction.

5.  In the alternative, the validity of the Order for Clean-Up and Restitution entered October 28, 2019, is moot because the previous Order entered August 28, 2019, requiring the Defendant to clean up his property is valid and enforceable.

**WHEREFORE**, the Plaintiff, State of Arkansas, City of Jonesboro, prays that the Court grant its Motion to Dismiss Appeal and for all other proper relief to which it may be entitled

Respectfully submitted,

**CITY OF JONESBORO**

By: /s/ Heather Owens
AR Bar No.   2001151
Assistant City Attorney
410 W. Washington
Jonesboro, Arkansas 72401
Phone: (870) 932-0917
Fax: (870) 933-4628
howens@jonesboro.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2020, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the Court's electronic filing system. A notice of electronic filing shall be sent to the following:

Jay Parnell, Pro Se
1013 W. Lawson
Jonesboro, AR 72404

By: /s/ Heather Owens
Heather Owens