IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIAN CONSTRUCTION, INC.
and JAMES C. PARNELL                                        PLAINTIFFS

v.                              No. 3:23-cv-145-DPM

HEATHER OWENS, Assistant
City Attorney; MIKE MCQUAY,
Code Enforcement; CITY OF JONESBORO,
Municipality; HAROLD COPENHAVER,
Mayor, City of Jonesboro                                    DEFENDANTS

## JUDGMENT

Parnell's claims are dismissed with prejudice. Christian Construction, Inc.'s claims are dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2024