IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIAN CONSTRUCTION, INC.
and JAMES C. PARNELL                                              PLAINTIFFS

v.                          No. 3:23-cv-145-DPM

HEATHER OWENS, Assistant City
Attorney; MIKE MCQUAY, Code
Enforcement; CITY OF JONESBORO,
Municipality; and HAROLD
COPENHAVER, Mayor, City of Jonesboro           DEFENDANTS

ORDER

I considered whether to recuse, but decided not to do so. Here was, and is, my thinking. First, Parnell's claim against Mayor Copenhaver was an official capacity claim—it ran against the City of Jonesboro, not against Copenhaver individually. Parnell did not allege that Copenhaver had any individual liability. Second, Parnell did not allege that Mayor Copenhaver had any direct or personal involvement in the removal of Parnell's property. The only allegation about him was that as mayor he was "responsible to make sure training is understood and up to date. Clearly it is not." *Doc. 1 at 9*. This general allegation is unremarkable; every mayor is like the captain of a ship. Third, the only legal issue as to Mayor Copenhaver was whether the judgment for Jonesboro in Parnell's earlier case about this same dispute barred

his second suit against Jonesboro through Copenhaver as mayor. *Doc. 24 at 3-4.* It did. My impartiality in deciding that legal issue could not reasonably be questioned. 28 U.S.C. § 455(a). Motion to reconsider and recuse, *Doc. 26*, denied.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024